**Opinion filed March 12, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00364-CV

_____

## IN THE INTEREST OF D.L. AND B.L., CHILDREN

**On Appeal from the 220th District Court**

**Comanche County, Texas**

**Trial Court Cause No. FM 11813**

### M E M O R A N D U M   O P I N I O N

Appellant, the father of the children at issue in this appeal, filed a notice of appeal on December 29, 2014, from the trial court's order of termination. The notice of appeal indicated that Appellant was presumed to be indigent. *See* TEX. R. APP. P. 20.1(a)(3). On December 30, 2014, the district clerk and the court reporters filed a contest challenging Appellant's indigence. *See* TEX. R. APP. P. 20.1(e)(2). The trial court held a hearing on the contest and entered an order sustaining it. Appellant did not seek review of that order by filing a motion in this court as provided for in Rule 20.1(j).

Accordingly, this court notified Appellant by letter dated January 27, 2015, that the $195 filing fee was due on or before February 11, 2015. Appellant requested an extension of time to pay the fee. On February 13, 2015, this court granted an extension and informed Appellant that the $195 filing fee was due in this court on or before February 27, 2015, and that this would be the final extension to pay the filing fee. We also notified Appellant as follows: "**Failure to comply with this requirement may result in dismissal of the case.** TEX. R. APP. P. 42.3." Appellant, as of this date, has not paid the filing fee and has sought no further extension. We note also that our records indicate that Appellant has failed to request that a reporter's record be prepared and has failed to pay for, or make arrangements to pay for, the reporter's record.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal. TEX. R. APP. P. 5, 42.3.

PER CURIAM

March 12, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.